# EXHIBIT 6

## TO
## COMPLAINT FOR FALSE MARKING, TORTIOUS INTERFERENCE WITH CONTRACT, INTENTIONAL INTERFERENCE WITH ECONOMIC ADVANTAGE, AND UNFAIR COMPETITION



## LifeRing OPERATOR'S MANUAL

### Mobile Online Collaboration

December 2010



*Breakthrough in Group Collaboration*

*First Responders/Government/Security / Military*

*A Command and Control Center in your hands*



**LifeRing**

AGIS, Inc. is disclosing the items contained in this presentation with the understanding that the recipient is aware that this information is covered by *U.S. Patents No. 7,031,728, 7,630,724, 7,689,232, 7,672,681, 7,764,954, 7,805,146 and other patents that are pending.*

Advanced Ground Information Systems, Inc.   ●   92 Lighthouse Drive   ●   Jupiter, Florida  33469
Phone:  561.744.3213   ●   Fax:  561.746.3045

## LifeRing OPERATOR'S MANUAL©

## Mobile Collaboration for the PDA, PC, Laptop, Tablet, Droid, BlackBerry, iPhone and iPad



- Automatic location sharing between network participants.

- Point2Communicate - No dialing required, No addressing of data required. Touch a symbol on the map and immediately communicate with that user with digital encrypted Push to talk voice, text, photos and video clips.

- All functions within one, "better than military precision," software communication application.

- Uses Commercial off the Shelf, rugged and Mil-Spec PDAs, Tablets and PCs.

© LifeRing, Inc.
177 N US HWY ONE BOX 300
TEQUESTA, FL 33469
www.AGISINC.com
Document No. 2010:156
©2010 LifeRing, Inc. All Rights Reserved.

AGIS Inc. LifeRing is disclosing some of the items contained in this presentation with the understanding that the reader is aware that the LifeRing concepts not previously employed using cellular technology and for other aspects associated with the LIFE RING ™ system are PATENTED with other PATENTS PENDING. Information in this document is subject to change without notice and does not represent a commitment on the part of AGIS, Inc. The software and/or hardware described in this document are furnished under a License Agreement or Nondisclosure Agreement. The software may be used or copied only in accordance with the terms of the Agreement. It is against the law to copy this software on any medium except as specifically allowed in the License or Nondisclosure Agreement. No part of this manual may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, for any purpose without the express written permission of AGIS, Inc. EXCEPTION: This OPERATOR'S MANUAL may be printed, reproduced or copied for use with a System for which the proper License Fees have been paid to AGIS, Inc. This Copyright Notice must be reproduced with the rest of the Documentation.

# End-User Terms Pertaining to LifeRing Data.

The Advanced Ground Information Systems LifeRing software and OPERATOR'S MANUAL are provided for your personal and internal use only and is not for resale. LifeRing is protected by copyright, patents and is subject to the following terms and conditions which are agreed to by you and AGIS, Inc.

**Terms and Conditions:**
The OPERATOR'S MANUAL is for personal use only. You agree to use the information contained in this document together with LifeRing Software solely for personal, non-commercial purposes for which you are licensed, and not for service bureau, time-sharing or other similar purposes. Accordingly, but subject to the restrictions set forth in the following paragraphs, you may copy this data only as necessary for your personal use to (i) view it, and (ii) save it, provided that you do not remove any copyright notices that appear and do not modify the data in any way. You agree not to otherwise: reproduce, copy, modify, decompile, disassemble or reverse engineer any portion of this data, and may not transfer or distribute it in any form, for any purpose, except to the extent permitted by mandatory law. You specifically agree not to attempt to reverse engineer the LifeRing software or its look and feel.

**No warranty** is implied with the software nor the data contained in this document. The information contained in this document is provided to you "as is" and you (the licensee) agree to use it at your own risk. AGIS, Inc., and our suppliers make no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise, including, but not limited to, content, quality, accuracy, completeness, effectiveness, reliability and fitness of our software, server, maps and documentation for a particular purpose or usefulness. Nor does AGIS, Inc. make any guarantee of the results to be obtained from this data, or that the data being transmitted to our server will be uninterrupted or error-free. Furthermore, the licensor does not guarantee that the provided map data is correct.

AGIS, Inc., AND OUR SUPPLIERS SHALL NOT BE LIABLE TO YOU: IN RESPECT OF ANY CLAIM, DEMAND OR ACTION, IRRESPECTIVE OF THE NATURE OF THE CAUSE OF THE CLAIM, DEMAND OR ACTION ALLEGING ANY LOSS, INJURY OR DAMAGES, DIRECT OR INDIRECT, WHICH MAY RESULT FROM THE USE OR, POSSESSION OF THE INFORMATION; OR FOR ANY LOSS OF INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF YOUR USE OF OR INABILITY TO USE THIS INFORMATION, ANY DEFECT IN THE INFORMATION, OR THE BREECH OF THESE TERMS OR CONDITIONS, WHETHER IN AN ACTION IN CONTRACT OR TORT OR BASED ON A WARRANTY, EVEN IF LICENSEE HAS BEEN OR NOT BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. Some States, Territories and Countries do not allow certain liability exclusions or damage limitations so to that extent the above may not apply to you.

Disclaimer of Endorsement: Reference to any products, services, processes, hypertext links to third parties or other data by trade name, trademark, manufacturer, supplier or otherwise does not necessarily constitute or imply its endorsement, sponsorship or recommendation by AGIS, Inc.

Export Control: You expressly agree not to export or transmit this software outside the United States.

Indemnity: You agree to indemnify and defend the licensor (including his respective licensors, suppliers, assignees, subsidiaries, affiliated companies, and the respective officers, directors, employees, shareholders, agents and representatives of each of them) from and against any liability, loss, injury (including injuries resulting in death), demand, action, cost, expense, or claim of any kind or character, including but not limited to attorney's fees, arising out of or in connection with any use or possession by you of this data.

Entire Agreement: These terms and conditions constitute the entire agreement between AGIS, Inc., and you pertaining to the subject matter hereof, and supersedes in their entirety any and all written or oral agreements previously existing between us with respect to such subject matter.

3

Governing Law: The above terms and conditions shall be governed by the laws of the State of Florida, Palm Beach County. You agree to submit to the jurisdiction of Florida Palm Beach County for any and all disputes, claims and actions arising from or in connection with the Data provided to you hereunder.



**Toughbook LifeRing**



**iPad LifeRing**

   

**BlackBerry**    **Droid**    **iPhone**    **Window Mobile**

4

# TABLE OF CONTENTS.

LIFERING OPERATOR'S MANUAL ............................................................................................1

MOBILE ONLINE COLLABORATION .....................................................................................1

END-USER TERMS PERTAINING TO LIFERING DATA. .........................................................3

1.0 LIFERING PDA / HANDSET FAMILIARIZATION. ...........................................................8

  1.1 PDA / HANDSET COMPONENTS...........................................................................................8
    *1.1.1 Power Settings (Improve Your PPC Battery Life)*.........................................................9
    *1.1.2 Cell Phone Payment Plans and Options Concerning LifeRing*......................................10
  1.2 PDA TASK BAR DISPLAY. ..................................................................................................12

2.0 LIFERING PDA / PHONE INSTALLATION AND STARTUP..........................................13

  2.1 INSTALLING LIFERING ON A PC .......................................................................................13
  2.2 INSTALL LIFERING ON A MICROSOFT POCKET PC ...........................................................13
  2.3 INITIATING THE LIFERING APPLICATION ON A POCKET PC. ...........................................14
  2.4 INITIATING PC LIFERING.................................................................................................15

3.0 PDA LIFERING HAS THREE DISPLAY SECTIONS ON INITIATION- ........................18

(PC LIFERING HAS FIVE)........................................................................................................18

  3.0.1 PC DISPLAY DIFFERENCES. ..........................................................................................19
  3.1 WINDOWS / PDA LIFERING TASK BAR. ..........................................................................21
    *3.1.1 Loss of Communications and Alerts*.............................................................................22
  3.2 LIFERING MAIN MAP AREA. ...........................................................................................24
  3.3 LIFERING SOFTSWITCHES. ..............................................................................................26
  3.4 LIFERING FIXED SOFTSWITCHES ....................................................................................26
  3.4.1 LIFERING INSET AREA . ................................................................................................27
    *3.4.1.1 The LifeRing MULTI FUNCTION INSET AREA.* ......................................................30
  3.4.2 LIFERING MAP INSET AREA. ........................................................................................33
  3.5 INTRODUCTION TO THE LIFERING NETWORK, GROUP ASSOCIATIONS AND MUTUALLY CONSENSUAL
  ASSOCIATIONS. ......................................................................................................................35

4.0 LIFERING PDA / PHONE SOFTSWITCHES. ...................................................................37

  4.1.1 LIFERING FUNCTION SOFTSWITCHES. ..........................................................................39
    *4.1.2 MSG.* .........................................................................................................................40
    *4.1.2.1 RMSG (Read Message).*.........................................................................................41
    *4.1.2.2 AMSG (Audio Message).*........................................................................................43
    *4.1.2.3 FTMSG (Free Text Message).*.................................................................................44
    *4.1.2.4 PMSG (Photo Message) SoftSwitch.*......................................................................45
    *4.1.2.5 CHAT.*....................................................................................................................48
    *4.1.2.6 WBORD (White Board)*..........................................................................................49
    *4.1.2.7 WBCLR (White Board Clear).*................................................................................50
    *4.1.2.8 RWB (Recall White Board)* ...................................................................................51
    *4.1.2.9 PATH.*....................................................................................................................52
  4.1.3  SYMBOL. ...................................................................................................................53
    *4.1.3.1 MODIFY SYMBOL.*..................................................................................................54
    *4.1.3.2 ATEXT (Attach Text), APHOT (Attach Photograph), AVOC (Attach Voice) SoftSwitches.*...............54
    *4.1.3.3 RELOC (Relocate) .*................................................................................................56
    *4.1.3.4 THE DROP SoftSwitch.*..........................................................................................57
    *4.1.3.5. THE ADDR (Address) SoftSwitch.* ........................................................................57
    *4.1.3.6 BSNS (Business Lookup)* ......................................................................................58
  4.1.3.7 FIX. ..........................................................................................................................59
  4.1.3.8 FIXED. ......................................................................................................................59
  4.1.3.9 SAVE. ........................................................................................................................60

*4.1.3.6 Reverse Address (RADDR)*.................................................................................................61
4.1.4 MAPS....................................................................................................................................62
    *4.1.4.1The DISPL SoftSwitch*...................................................................................................63
    *PC Distinctions*........................................................................................................................63
    *4.1.4.2 Map Download*............................................................................................................64
    *4.1.4.3 Clear Static*................................................................................................................64
    *4.1.4.4 Clear Dynamic*...........................................................................................................65
4.1.5 SETUP.................................................................................................................................65
    *4.1.5.1. INFO (Information)*....................................................................................................65
    *4.1.5.2. HIST:  (Display History Trail)*....................................................................................65
    *4.1.5.3. HDUP: (Heading UP)*.................................................................................................66
    *4.1.5.4. The HRST (History Trail Reset)*.................................................................................67
    *4.1.5.5. EXIT*.........................................................................................................................67
    *4.1.5.6. GPS*..........................................................................................................................67
    *4.1.5.6 SERVR (SERVER)*.....................................................................................................67
    *4.1.5.7 SSLCT Server Select*.................................................................................................69
    *4.1.5.8 RDOUT (Read Out)*...................................................................................................69
    *4.1.5.8.1 GROUP*...................................................................................................................70
    *4.1.5.8.2 ADD - Create a Private Association*.........................................................................71
    *(Mutually Consensual Association)*........................................................................................71
    *4.1.5.8.3 EDIT*.......................................................................................................................71
    *4.1.5.8.4 LICNS (License)*.....................................................................................................72
    *4.1.5.8.5 PING*.......................................................................................................................72
4.1.6 COMM (PDAs AND PCs USING BOTH CELLULAR AND IP)...............................................73
    *4.1.6.1 CALL (Hook-2-Call)*..................................................................................................74
    *4.1.6.2 PTT (Push to Talk)*....................................................................................................75
4.1.7 PLIST (PARTICIPANT LIST)...............................................................................................79
4.1.8 LINKS.................................................................................................................................80
4.1.9 EMRGN (EMERGENCY)....................................................................................................81
4.1.10 HELP................................................................................................................................81
5.0 INTRODUCTION TO PC LIFERING..........................................................................................82
5.1 ADVANTAGES OF THE PC...................................................................................................82
5.2 PC LIFERING OPERATIONAL DISTINCTIONS.......................................................................83
5.3 LIFERING ACTIVATION.........................................................................................................83
5.4 LIFERING SCREEN DISPLAY.................................................................................................84
    *5.4.1 Data Locations*.............................................................................................................85
    *5.4.2 Mouse VS Stylus Differences*......................................................................................86
    *5.4.3 Fixed Switches, Function and Action Switch Differences*.............................................86
    *5.4.4 Track Entry Differences*...............................................................................................86
    *5.4.5 Text and Photo Message Differences*..........................................................................86
    *5.4.6 Participant List Differences*.........................................................................................87
    *5.4.7 COMM*..........................................................................................................................88
5.5 UNIQUE PC VERSION LIFERING FUNCTIONS.......................................................................89
    *5.5.1 Geo-Fencing*.................................................................................................................89
    *5.5.1.1 EXTFNC (Exit Fence)*.................................................................................................89
    *5.5.1.2 ENTFNC (Enter Fence)*..............................................................................................90
    *5.5.2 Command*......................................................................................................................91
    *5.5.2.1 ADD a Command (+CMND)*.........................................................................................91
    *5.5.2.1.1 Receiving a Command*..............................................................................................92
    *5.5.2.2 LIST COMMANDS AND ASSOCIATED RESPONSES*...................................................92

6.0 "THIN" CLIENT LIFERING.........................................................................................................95

6.1 THIN CLIENT ARCHITECTURE VS THICK CLIENT LIFERING................................................95
6.1 DROID LIFERING...................................................................................................................97
6.2 BLACKBERRY LIFERING.......................................................................................................99

6.3 iPhone LifeRing .................................................................................................. 100
7.0 LifeRing PDA / PHONE CONNECTIVITY ............................................................ 101
7.1 Establishing A Connection............................................................................... 101
7.2 Cell Phone Error Messages ............................................................................. 102
7.3 The Soft Reset .................................................................................................. 104
7.4 The Hard Reset ................................................................................................. 104
7.5 Battery Replacement and Care ........................................................................ 104
7.6 Contact LifeRing Support ................................................................................ 105

APENDIX A.......................................................................................................................... 106
1.0 The LifeRing CoT interface ........................................................................... 106
1.1 LifeRing CoT Architecture. .............................................................................. 106
1.2 Configure LifeRing CoT Interface .................................................................... 107
1.3 Configure the CoT Driver. ............................................................................... 109

APPENDIX B........................................................................................................................ 111
1.0 Configure LifeRing to Generate the KML file for Google Earth ................ 111
2.0 Create the Folder and SUB Folders for the GOOGLE Export..................... 111
3.0 Configure Google Earth to Open a Network Link........................................ 111
Appendix C ...................................................................................................................... 115

**1. 0 LIFERING SOFTWARE MAPPING SUPPORT** ................................................... 115

2.0 FORMATS SUPPORTED BY **LIFERING** ................................................................ 116

# 1.0 LifeRing PDA / HANDSET FAMILIARIZATION.

## 1.1 PDA / Handset Components.

LifeRing Software is designed to operate on any Microsoft compatible Pocket PC, PC Tablet, Laptop or stationary Computer.  To expand our product line, we have recently added CTP processing for the Motorola Droid PDA and have integrated it into our product line.  We have found that the Android operating system is relatively mature and we now have a functioning demonstrable Android CTP system. We intend to continue to expand on the Droid's operational capabilities to equal and surpass those of our Microsoft LifeRing application. The Android version of LifeRing will have its own User Manual that is currently in development. A small portion of this publication will be dedicated to the Android LifeRing until such time that the dedicated manual is available for distribution. Unless specifically stated, the information expressed in this manual pertains to the Microsoft LifeRing version. We will continue to update this publication to reflect developments in regards to both operating systems.

Different devices or computers support features unique to their manufacturer. AGIS, Inc. advises that you become familiar with your particular device. AGIS, Inc. has not tested with all devices. We welcome your feedback and comments. Please visit our web site at http://www.agisinc.com .



**PDA LifeRing has a vertical orientation because a PDA is designed to be held in one hand and operated with the other.**

8



**PC LifeRing has a horizontal orientation to conform to the characteristics of a PC or Tablet screen.**

## 1.1.1 Power Settings (Improve Your PPC Battery Life).

Pocket PCs and Android PDAs are typically configured to conserve battery power to provide the user with hours of operation, but It is important to configure an AGIS PPC device for optimal performance. The battery power setting is an important concern. Pocket PCs and PDAs, by default, turn themselves off after periods of perceived inactivity and since LifeRing combines the PPCs processing capability with the cell phone capability and the GPS capability the absence of any of these functions vastly degrades LifeRing's usefulness.
Not all Pocket PCs are the same. Some devices will close their display but continue to run the CPU, GPS and Cell Phone modem. Other PPCs turn themselves off completely. Consult with your PPC manufacturer's user manual to set your device to conserve power while not impeding LifeRing.

To configure your handset's battery settings access the Settings Menu.
Find the System screen and select the Power symbol.
The Power Settings screen enables the user to "Turn off Device" after a predetermined period of inactivity. This function may not be optimal for LifeRing. If the PDA turns itself off while LifeRing is running, it may cease to operate correctly.

Configure your handset to never turn off and remember to keep your pocket PC plugged in whenever possible. (The purchase of a car charging adapter is very useful).



You Might Uncheck these two Boxes So the PPC Never Turns Itself Off but if you Do, Remember to keep the Device Plugged in Whenever Possible.

## 1.1.2 Cell Phone Payment Plans and Options Concerning LifeRing.

If you are using Public cellular (AT&T, SPRINT, VERIZON, etc), then LifeRing communicates with the LifeRing Network Server using your cell phone's Internet network. LifeRing sends and receives digital data using the cell phone's Internet access point. Cell Phone companies charge for this service, (either by the data that has been exchanged or they may offer unlimited access for a fixed fee). We recommend that you analyze your needs and select a plan that best suits your needs.
One final option does exist: LifeRing users that want to have the capability to run LifeRing in times of emergency without incurring a monthly service charge, (i.e. Emergency Response Agencies) can opt for a prepaid cell phone plan. Pre-established limits are structured and no recurring expense is incurred until the PDA cell phones are used. This feature enables an organization to have the LifeRing capability without incurring any expense until the system is needed.

LifeRing Software is capable of operating with many types of communication methods. It is used with private cell systems, private WiFi networks, satellite and land mobile radios for communication. LifeRing can operate on any of these systems alone or in combination.

The LifeRing Network



## 1.2 PDA Task Bar Display.

The familiar Microsoft Task Bar resides at the top of the Pocket PC display. When AGIS LifeRing software is running the Microsoft Task Bar coexists with some LifeRing additions. Please familiarize yourself with the native symbols unique to your device. There are enough similarities between devices that we can issue this generic summary of symbols that are not generated by LifeRing.



**NAVIGATION BAR**

Is located at the top of the PPC screen and displays the name of the active program and current time. Some of the other Symbols you may see are shown below:

| | |
|---|---|
| **Active** | Displays the name of the current active program. |
| 🔊 | Tap here to control the PDA and phone volume. |
| 🔋 | Battery low. |
| 🔋 | Battery very low. |
| 📶 | Data connection is active. |
| 📶 | Synchronization is occurring. |
| 👤 | One or more instant messages were received. |
| ✉ | One or more email/SMS messages were received. |
| 📶 | Indicates phone is on and signal strength strong. |
| 📶 | Indicates phone is on and signal strength weak. |
| 📶 | The phone is searching for a network. |
| 📵 | Indicates the phone connection is switched off. |

**Note:** If there is not enough room to display all the icons that are needed, the Notification icon 💬 may be displayed in the navigation bar. Tap it to view all icons.

# 2.0 LifeRing PDA / PHONE Installation and Startup.

## 2.1 Installing LifeRing on a PC

[**Note**: PCs running older versions of Windows XP operating system need the Microsoft service pack 3 to run PC LifeRing.]

The PC LifeRing software installer is titled AGIS_PC_DISPLAY.MSI .(Microsoft Installer)
From the subject PC, double left click on the Installer icon and it will spawn the installer task manager. Follow the prompts and install the software in the default location for now:
C:\program files\agis\ (LifeRing can run from any drive)

## 2.2 Install LifeRing on a Microsoft Pocket PC

To initiate this installer, simply click on the application and follow the prompts. LifeRing will install automatically.

The PDA/Cell phone installer is labeled AGIS PPC2005 Display.msi

The Pocket PC installer is intended to be run from a support PC.
The support PC must be synchronized to the Pocket PC for the MS "Installer" labeled AGIS DISPLAY to install the LifeRing software on your device. Do not attempt to run the AGIS PPC2005 Display.msi directly from a Microsoft compatible PDA/Cell phone because it won't work.
If you wish to order a Windows Mobile Cabinet File (.cab) to install LifeRing from an SD card or the device contact AGIS, Inc at www.agisinc.com/support.

If you wish to install Pocket PC LifeRing using a cabinet file (.cab) it must be installed directly on a PDA (Windows Mobile OS 5 or 6) device either through active sync or with an SD card. Once resident on the device, the cab file can be initiated using file explorer to start the installation. Open the File Explorer from the Windows Mobile Program Files display on the Pocket PC. Navigate using the File Explorer directory tree to locate the file agisswonly_Navy_rel_Mobile6.PPC2005_ARM.CAB. Click on the file to initiate the installation of the LifeRing software for Pocket PC. Follow the prompts provided by the installer assistant and complete the installation process. Verification that the installation is successful can be ascertained by locating the AGIS LifeRing application shortcut icon on the Windows Mobile Program Files Menu.

LifeRing is only compatible with handsets that are using Microsoft Windows Mobile 5 and Windows Mobile 6 operating systems. There are two matters to understand before you install PPC LifeRing.

1. AGIS, Inc. has not tested with many PDA/Cell phones and cannot guarantee LifeRing will run on all Microsoft compatible PPCs.

**13**

2. LifeRing for PDA/Cell phones only runs on PDA/Cell phones using versions of Microsoft Windows Mobile 5 and Mobile 6 OS. LifeRing does not currently support the "I phone" or any BlackBerry device.

## 2.3 Initiating the LifeRing Application On a Pocket PC.



**STARTING LifeRing**

1. Select the AGIS Icon on the PDA Programs screen to activate the LifeRing application.

2. The LifeRing application screen is displayed.



The first time Pocket PC LifeRing initiates, LifeRing software will attempt to associate your PPC LifeRing to a phone number. If LifeRing is unable to obtain the phone number associated to your device you will have to enter it in the fields provided. You will also be prompted to name your PPC LifeRing. You are permitted 5 letters in your name field (any call sign is permitted).

## 2.4 Initiating PC LifeRing.

Upon installation, the AGIS LifeRing installer will place the AGIS PC LifeRing logo shortcut on the desktop.

 LifeRing can be initiated by a double left click on the AGIS LifeRing logo shortcut displayed on the desk top.



The AGIS LifeRing Shortcut.

As LifeRing initiates, the user will be prompted to associate PC LifeRing to a phone number. It is suggested using a desk phone number or a local cell phone number. The user will also be prompted to name PC LifeRing. Six letters are permitted in the name field (any call sign is permitted).



If you do not have a GPS attached to your PC, LifeRing will have no indication where to place your symbol on the map, so initially your local symbol will be displayed at a default location. The LifeRing network server contains a database of area code exchanges and phone number prefixes associated to a general area. LifeRing will attempt to relocate your symbol based on the phone number you associate to your LifeRing device. Also, you can manually move your symbol. If you do have a GPS attached to your PC or tablet, as soon as the AGIS application has established your position your local symbol will be relocated to its correct location.



Observe a green diamond shape in the middle of the main map area. This symbol represents your local position. It represents your position depicted on a geo referenced map or chart. Your position may not be illustrated by many maps. Click on your local diamond symbol and observe that a blue circle displays around you. This is called hooking a symbol. Now select the CENTER Button (CENT) on the bottom right side of the fixed Soft Switches. Your PC LifeRing will begin to pull maps from the LifeRing Network server to illustrate your position.

On Initiation, LifeRing may not display many maps. To begin pulling maps from the LifeRing Network server tap or click on the CENT (Center) button. This action starts the flow of maps from the server. For Information pertaining to the relocation of your local symbol without the use of a GPS see chapter 4.1.3.3 RELOC (Relocate).

17

## 3.0 PDA LifeRing HAS THREE DISPLAY SECTIONS on Initiation-
## (PC LifeRing has Five).

Upon initiation, your LifeRing handset will display THREE divisions. These sections are:
>  1: The LifeRing Task Bar.
>  2: The LifeRing Main Map Area.
>  3: The LifeRing Fixed SoftSwitches.

In the center of the Main Map Area you should see the local symbol represented by a green diamond shape. This diamond symbol illustrates the local position superimposed on a geo-referenced map. At this point limited maps will be displayed. A user can zoom out the main map view by selecting the minus (-) SoftSwitch, (see chapter 3.4 Fixed SoftSwitches) As soon as the device acquires its GPS position it will begin to download maps from the LifeRing Network server. If the LifeRing device is not paired with a GPS or if the GPS does not have a position fix, your accurate location cannot be displayed automatically. You will need to relocate your local symbol manually to its correct location on the main map, (see Chapter 4.1.6 "Relocating a Symbol"). LifeRing will attempt to move your symbol near your location based on the area code and prefix of the phone number associated with your device. Should your LifeRing device not begin to download maps automatically, press the CENT (Center) SoftSwitch (see chapter 3.4 Fixed SoftSwitches). The selection of the CENT SoftSwitch causes a map request to be sent to the LifeRing network server. The menu SoftSwitch on the bottom right of the User Interface causes a tier of SoftSwitches to appear. Tap the Menu SoftSwitch again and the Inset Areas are displayed. Tapping the Menu Softswitch again, causes the full Main Map to be displayed.



1. THE LifeRing TASK BAR

2. THE LifeRing MAIN MAP AREA

3. THE LifeRing FIXED SOFTSWITCHES™

MAP SCALE & ZOOM LEVEL

Your local Map Scale and your GPS status will be displayed in the lower left of your Main Map display.



Fixed SoftSwitches


Function SoftSwitches


Inset Areas

Tap the Menu SoftSwitch to display the Function Softswitches. Tap the Menu SoftSwitch again to display the Inset Areas. Keep tapping the Menu SoftSwitch until you see the display that you want.

## 3.0.1 PC Display Differences.

Chapter 5.0 is devoted to the operational differences between the PDA version of LifeRing and the PC version. Operational LifeRing Users will find little difference between the PDA version and the PC version functionality other than the display. The PC version of LifeRing is oriented horizontally and the SoftSwitches may not collapse depending on which version of AGIS is running. Tablet versions of PC LifeRing do collapse the inset areas and SoftSwitches.



The Local User Information

Hooked Inset Area

The Map Inset Area

SoftSwitches

PC LifeRing Main Map Area

The PC LifeRing GUI (Graphic User Interface) Utilizes the Luxury of Additional Screen Real Estate by Displaying More Fields.

## 3.1 Windows / PDA LifeRIng Task Bar.



Important Note:
LifeRing depends on the LifeRing network server to exchange data with other LifeRing users. The inability to communicate with the LifeRing network server renders LifeRing unable to exchange data between users.

**WINDOWS LOGO START FUNCTION**

The [X] program close/minimize is on the top right.

**Note**: Clicking the X with PDA LifeRing may or may not close the LifeRing application. Configure your PDA so that the X minimizes it. LifeRing software is capable of operating while minimized so the PDA Operator can access other applications.
**LifeRing** = the name of the currently running program.
**S**= LifeRing is connected to the LifeRing IP server.
**R** = Receiving Data.
**X** = Transmitting Data.
**G** = GPS is in Sync.
**B** = Low Battery Alert. (Less than 75% Battery left).
**b** =Very Low Battery Alert (Less than 25% Battery left). Change your battery or put your device in a charger.
**E** = Emergency Received.
**—** = File Transfer in progress.
**A** =LifeRing is Attempting to Connect to the LifeRing Server.
**J** =LifeRing is Requesting Authorization from the LifeRing Server.
**M**= Message Received.

The familiar Signal Strength stairs indicate cell phone signal strength.
The speaker symbol, when touched, permits control of ringer volume, vibrate, phone tone volume, voice alert volume and phone receiver volume.

"Turn on Flight mode" - To conform to NTSB flight safety regulations regarding the use of cellular phones, touch the Cell Phone signal strength indicator and select "Turn on Flight Mode".

LifeRing does not exchange data when operating in Flight mode, however, LifeRing will function to illustrate your relative position if it is correctly configured with a GPS device. Please keep in mind that many situations that require you to put your device in Flight mode, also require you to turn off your device.

.

### 3.1.1 Loss of Communications and Alerts.

LifeRing is constantly monitoring IP connectivity to alert the user of the possibility that data is not being exchanged between the LifeRing participant device and the LifeRing Network server. LifeRing has several alerts to indicate loss of connectivity.

The first alert that LifeRing is experiencing difficulty exchanging data is a red line that flashes across the top of the LifeRing Main Map. This flashing red line indicates that LifeRing has missed an "echo "message that it expected to receive from the LifeRing Network server. LifeRing is constantly exchanging test messages between the LifeRing user and the LifeRing Network server. The existence of the red line across the top of the LifeRing Main Map display is not a cause for alarm on the part of the user and requires no immediate action. This alert is the first line of defense to inform the user that connectivity may be degraded to the point that Server interaction may be on the verge of interruption. However, the presence of the flashing red line should draw attention that a connectivity interruption could be surfacing.



A Red Line Flashes across the Top of the Main Map Area Indicating Communication with the LifeRing Network Server has been interrupted

**LifeRing Software Alerts the User of Communication Interruptions with the LifeRing Network Server by Flashing a Red Line On the Top of the Main Map Display.**

The second line of defense is based on expected messages from other associated participating LifeRing users.

Each LifeRing participant reports its position and status at an established time interval. User devices may report every thirty seconds, one minute, five minutes or ten minutes.Reporting intervals are configurable at the user level and can be changed. Any time a LifeRing associate changes the reporting interval LifeRing informs the other associates of the interval change. Each LifeRing associated device expects to receive

22

data from the other associated devices at specific times based on their reporting interval.

If after two reporting intervals one LifeRing user device has not received data from another LifeRing user device, the symbol of the user that has not reported goes LOST. This means that the symbol begins to flash at its last reported location. This LOST symbol will continue to flash until one of two things happens:

1. The Lost user reports its position.

2. The symbol of the LOST user is dropped after five minutes. In this case, as soon as the dropped user reports its position, the symbol is displayed at its correct location.


The "S" in the task bar is the last indicator of connectivity failure. When LifeRing is joining the LifeRing Network server the LifeRing client software will display a "J" in the task bar. The "J" informs the user that LifeRing can "see" a connection and is attempting the join the LifeRing Network server. Once the LifeRing Participant device is authenticated by the LifeRing Network server, LifeRing will display an "S" in the Task Bar. An "A" in the Task Bar informs the LifeRing user that LifeRing is attempting to establish communications
.
At any time should the "S" in the Task Bar disappear or become any other letter, the LifeRing user is aware that LifeRing is currently not connected and is not sending or receiving data.

To recap, a red line flashing across the top of the Main Map indicates that LifeRing has missed receiving a "test" message.

A flashing symbol informs the LifeRing user that two reporting intervals have passed since data was received from a specific user. (In this case, the connectivity issue can be attributed to either user. It is not yet clear who has failed to deliver or receive the data).

The absence of an "S" in the task bar is unmistakable that LifeRing is not currently connected to the LifeRing Network server.



PPC LifeRing "S"          PC LifeRing "S"          LifeRing "thin"
                                                  Client "S"

## 3.2 LifeRing Main Map Area.

The Main Map area is the working space for most LifeRing functions.



### LifeRing MAIN MAP AREA

**1.** The LifeRing Main Map Area contains maps with the superimposed geo-referenced symbols of the LifeRing Associated Participants and the tracks that they have entered.

**2.** Maps of many types can be loaded and displayed by LifeRing using the LifeRing mapping system which is based on a Geographic Information Systems (GIS) technology.

**3.** The Map display always contains a cursor (a blue +) when no tracks are hooked.

**4.** The cursor is moved by a finger or stylus and provides range and bearing information from the local LifeRing location to the location of the cursor.

**5.** If you move the cursor near to the vicinity of a track, the track will be hooked.

**6.** A hooked symbol has a blue circle around it. To unhook a hooked symbol, touch the hooked symbol, or any other place on the map, with your stylus or finger.

**7.** Sequence Hooking - You can hook the selected symbol even if multiple symbols appear to be stacked on top of each other. Tap the stacked symbols until the desired associate or symbol is displayed in the Hooked Readout area.

**8**. Hooking from the P LIST (see chapter 4.1.7 PLIST Participant List) – You can also hook an associate by using the P LIST. To hook an associate from the P LIST, touch the P LIST SoftSwitch to display the list of participants. Tap the label of the LifeRing Associate that you want to hook. The label of the LifeRing Associate will become highlighted, indicating that his symbol has been hooked on the main map.

24

9. Hooking can center on a symbol or direct the transmission of data to its user. When hooked from the COMM SoftSwitch matrix for example, observe that the intended recipient symbol is surrounded by a green perforated box instead of the traditional blue circle. This distinction symbolizes the difference between Hooking a symbol to track it and Hooking a symbol to direct data to it.



A Symbol Hooked from the Function SoftSwitch Matrix **vs**
A Symbol Hooked from the COMM Action SoftSwitch Matrix.

A paradigm shift occurs based on the LifeRing SoftSwitch matrix that is displayed. A symbol that is hooked from any SoftSwitch matrix not associated with the exchange of data, will have a blue circle surrounding it.  In this circumstance, the Hooked symbol will remain centered on the LifeRing Main Map and all of its status data will be displayed. A symbol hooked from the COMM SoftSwitch matrix or the Message SoftSwitch matrix however will be surrounded by a Green Box indicating this symbol has been designated to be the recipient of a message. Only LifeRing users can actually receive data in the LifeRing Network, so only LifeRing associate symbols can be hooked from the COMM or Message SoftSwitch matrix. To make a voice call or send a text message to another associated LifeRing Participant, Hook the symbol and open the Message or COMM SoftSwitch matrix. Observe that the blue circle surrounding the symbol changes to a green box as this occurs.

**9.** Associate Symbols - All LifeRing associates report their position and status to each other at configurable intervals. Associated LifeRing users that fail to report position and status for two consecutive reporting intervals begin to flash on the Main Map display of the other associates. This is called a "lost" symbol. A symbol goes lost when it has failed to report its position and status for two reporting intervals. A lost symbol will, in turn, drop after five minutes. A dropped symbol *will* reappear when the associated user device reports its position and status next.

**10.** Associate Symbol Labels – All LifeRing associate symbols are accompanied by a label which differentiates them from each other. However, It is possible for two users to have the same call sign. Symbol labels flash when the reported GPS status indicates that this associate's position is unreliable. A flashing label indicates that the position of an associate is possibly inaccurate. The position of this user's symbol is the last known accurate location.

## 3.3 LifeRing SoftSwitches.

LifeRing SoftSwitches are computer generated virtual switches embedded in the LifeRing screen. SoftSwitches are sensitive to the touch and operate similar to actual hard switches. To activate a SoftSwitch, touch it with your finger or a stylus.

## 3.4 LifeRing Fixed SoftSwitches

The FIXED SoftSwitches are always displayed along the bottom of the LifeRing screen. They are the only stationary switches.



### LifeRing FIXED SOFTSWITCHES

+ (Zoom In)
- • Zoom-In by 2X.
- (Zoom-Out)
- • Zoom Out by 2X.

  **NOTE**: Selecting the "i" and the "o" (In and Out) on your handset's physical keyboard causes your Main Map to zoom in and out exactly like pressing the ZM IN and ZM OUT SoftSwitch

**GRAB (PAN)**
- • Allows you to move the Map. Select the GRAB SoftSwitch and drag your cursor over the Main Map in the direction you wish to reposition the Main Map. When completed, deselect the GRAB SoftSwitch before attempting any other function.

- • Note: To grab the main map and reposition it without selecting the GRAB SoftSwitch, tap the main map three times with your stylus and on the third tap drag the stylus in the direction you wish to reposition the Main Map.

**CENT** (Center)
- • Centers the Tactical Map on the LifeRing User's Own Position or on any hooked Track Symbol. Any hooked symbol will automatically be centered on the Main Map.

**MENU**
Tap the Menu SoftSwitch once to display another tier of SoftSwitches known as the Function SoftSwitches. Tap the Menu Softswitch again and the Inset areas display. Tap the Menu SoftSwitch again and the Inset Areas collapse and the Main Map Area is enlarged again.



The Fixed SoftSwitches

### 3.4.1 LifeRing Inset Area .

If you tap the LifeRing MENU SoftSwitch the LifeRing Function SoftSwitches will appear. A second tap will display the LifeRing Inset Areas.

Let's examine the Inset Areas first.

Tap the MENU SoftSwitch twice to display the LifeRing Inset Areas. Some PC LifeRing users may always have the Inset areas displayed.



THE LifeRing MULTI FUNCTION INSET AREA

THE LifeRing MAP INSET AREA

The LifeRing Inset Areas Displayed on a PDA.

27



Inset Areas on the PC Version of LifeRing are displayed by Default.

Tablet PC Inset Areas



AFTER A PERIOD OF INACTIVITY THE TABLET VERSION OF PC AGIS WILL COLLAPSE THE INSET AREAS TO DISPLAY AN ENLARGED MAIN MAP AREA.

TO DISPLAY THE INSET AREAS AGAIN TAP THE SCREEN OR CLICK THE MOUSE ON THE MAIN MAP.

Tablet PC Inset Areas Collapsed
To enlarge the Main Map on the Tablet version of AGIS, Tap the Main Map with your stylus or Finger.

28



Inset Areas on Iphone "thin" Client LifeRing

29

### 3.4.1.1 The LifeRing MULTI FUNCTION INSET AREA.

The LifeRing Multi Function Area serves as a display area with many uses:

```
DEMO T: 1 M: 0
RNG: 895 FT BRG: 18
GPS: ON 3D
Lat: 26.950116
Lon: -80.077422
Scale: 3751 FT
```

**No Track is hooked**

**WHEN NO TRACK IS HOOKED YOUR LifeRing MULTIFUNCTION INSET AREA** DISPLAYS:

1. Your LifeRing unit's identity.
2. Total Number of Tracks being displayed.(T)
3. Number of Messages in RSMSG.(M)
4. The range and bearing of the cursor from the LifeRing user.
5. The GPS status. - Wait, Fault, Coast or Sync.
    a. OFF= LifeRing is in Stationary mode.
    b. Wait=Scanning COM Ports to find a GPS signal.
    c. Fault=GPS COM Port is located but no GPS data is present
    d. Coast=GPS data is present but not enough satellites are visible for a 3 D positon.
    e. SYNC= More than 4 satellites are visible. Your location is very accurate.
6. Latitude Longitude, MGR or UTM
7. Range scale being displayed.
**Note:** The PC version of LifeRing always displays this screen on the top display box.

PC LifeRing Displays the No Hooked Inset Area by Default



The No Hooked Inset Area is displayed on the Top Left Screen of the PC Version LifeRing.

"Own Hook" Readout Area

**WHEN YOUR OWN SYMBOL IS HOOKED YOUR LifeRing MULTI FUNCTION INSET AREA DISPLAYS:**

1. The LifeRing unit's identity including unique descriptors based on the definitions of your application. (In this example LCL= Local (meaning it's you).
2. Latitude.
3. Longitude.
4. The GPS status, - Off, Wait, Fault, Coast or Sync.
5. Cell - the cell phone signal strength.
6. The last time you reported your location.
7. LifeRing unit association - Infantry, Artillery, etc., for military unit, EMS, Fire Truck, etc., for First Responder.
8. Your Heading, Speed, and Altitude.

31

**WHEN ANOTHER LifeRing PARTICIPANT'S SYMBOL IS HOOKED YOUR LifeRing MULTI FUNCTION INSET AREA DISPLAYS:**



"Another Participant Hooked" Readout Area

1. The LifeRing unit's unique identity. In this example, FL9 is the name. He is a friend and a ground force. (These descriptors are unique to the application and are adaptable to any relevance).
2. The method with which this unit is communicating with the LifeRing Network. In Uthis example FL-9 is using TCP to join the LifeRing network.
3. An additional customized descriptor (i.e.): AIR, GROUND, etc..
4. TCP=Network, SMS=SMS.
5. The LifeRing Unit's last reported position in Latitude Longitude or MGR or UTM.
7. The LifeRing Unit's GPS status.
8. The LifeRing Unit's Cell Phone Signal Strength.
9. The LifeRing Unit's type. In this example, "ARMOUR"
10. The last time this LifeRing Unit reported its status information.
11. The LifeRing Unit's Heading, Speed and Altitude.

**WHEN A TRACK SYMBOL IS HOOKED YOUR LifeRing MULTI FUNCTION INSET AREA DISPLAYS:**



"Hooked Track" Readout Area

1. The track name determined by the creating unit's name and a unique track number. In this example, the LifeRing unit A6 created this track. The LifeRing software automatically labeled this track A6005. Only the creating unit (A6) can control the movement and disposition of this track.
2. The tracked units ID. In this example: FRD (friend), HST (hostile), UNK (unknown). These descriptors are unique to your application.
3. An additional customized descriptor (i.e.): AIR, GROUND, etc.
4. The method with which the creating unit is communicating with the LifeRing Network. In this example, A6 is using TCP to join the LifeRing network. TCP=Network, SMS=SMS, LCL (It is your Track).
5. The track symbol's Latitude Longitude or MGR or UTM.
7. The time this track was created.
8. The track's type, a Customized Label (in this case MVA means Motor Vehicle Accident).
9. The track's heading, speed and altitude.

An Attached Photograph As Displayed In the Multi-Function Area

### Attached Photo Readout Area

Photographs can be attached to Track symbols as well as User symbols to amplify them. If the user elects to acquire a photograph that is attached to a symbol, the photo will be displayed in the Multifunction Area. To enlarge a photograph that is displayed in the Multifunction area, tap it with the stylus or finger. The photograph will enlarge in the main map area. To collapse the enlarged photograph, tap it again.

PC LifeRing displays photographs in a separate display box that appears over the main map. To enlarge a PC photograph, click on it. To minimize the photograph click on it again.

32



PC LifeRing Photograph Display.

## 3.4.2 LifeRing MAP Inset Area.

The Map Inset Area is adjacent to the Multifunction Inset area. The Map Inset Area displays the following:

a: The Map Inset. The offset and zoomed location of the Main Map Display is highlighted by a red box that provides a means to visualize the current Main Map zoom and offset and the location of other LifeRing tracks and their relationship to your position. The most important purpose of the Map Inset Area is to visually inform us of the position of our LifeRing Associates and to alert us when other LifeRing participating Associates are positioned in locations outside of the perimeter of the LifeRing Main Map Area. Should an associated LifeRing network participant join the network at a considerable distance from you, the LifeRing Map Inset Area expands in range to include the new associate. As you zoom out, a red box or "Display Indication Area" forms around your local symbol in the Map Inset Area to illustrate the relationship between the Main Map display and the Map Inset Area. The LifeRing operator can touch any location in the Map Inset Area and the Main Map Display area will automatically offset to that vicinity.



The Purpose of the Display Indication Area (the red box) is to Alert the User of the Presence of Other Associated Participants Whose Symbols are Located Outside of the Main Map Zoom Level

The Main Map Area is equal to the area surrounded by the red box in the Map Inset Area.

The Display Indication Area (the red box) shows the area being displayed by the Main Map Area in relation to other LifeRing participants.

In the illustration above look at the Map Inset Area to see that there is another symbol located well above the red box (display indication area). This tells us that there is another symbol that is not being displayed on the Main Map Area. Using the Zoom out function will reveal this symbol on the Main Map. If you don't want to zoom out on the Main Map, just touch the symbol on the Map Inset Area and your Main Map will center near it.

b: The GPS Satellite ID's and signal strength.
c: Hook Readout amplifying information.
d. The Attached Text Message Area.
e. The Attached Photo and Audio Request Buttons.
f: The Read Message area.
g. The PLIST: An up to the minute list of the active LifeRing participants that are exchanging information in the LifeRing network.



| Map Inset Area Offset and Zoom Location | GPS SAT Status | TEXT | View Attached Photograph, Audio or URL | Read Message Area | Participant List |

## 3.5 Introduction to the LifeRing Network, Group Associations and Mutually Consensual Associations.

The LifeRing Network is the sum total of all participating devices that are transmitting and receiving data through a LifeRing Server. If you are using LifeRing software on any PC or PPC device and communicating with the LifeRing Server, you are part of the LifeRing Network. Although the LifeRing server is called a server, it is really a central repository and conduit through which data flows. For this reason the LifeRing server can run on most PC devices. The LifeRing server is often run on a PC that is also running a version of PC AGIS right in the field.

To best visualize the AGIS LifeRing Network architecture think of a ship's wheel. The central hub of the wheel is the LifeRing Network Server. The spokes of the wheel are the communication media and the handles of the outer rim of the wheel are the LifeRing clients, (also called participants).

LifeRing participants at the outer rim of the wheel communicate to the LifeRing Network Server through the communication media, (the spokes).



LifeRing Group Associations are segregated groups of participants operating within the LifeRing Network. LifeRing Network participants first join the LifeRing Network. They communicate only with the LifeRing Server. LifeRing Network Participants create a LifeRing Group Association by entering the keyword assigned to that specific Group, (i.e. Katrina).
See Chapter: **4.1.1.1 GROUPS**

This action creates a LifeRing Group Association. LifeRing Network participants are now also part of a LifeRing Group Association because the LifeRing Server is exchanging position and status data between them. LifeRing Group Associates can see each other's symbol superimposed on their respective Main Maps and they can exchange tracks, voice calls, text messages, chats, white boards, audio files, photographs and other data.

A LifeRing participant can join a Group association provided that they enter the appropriate keyword. For users that require a more private association LifeRing offers the Private Association (Mutually Consensual). See Chapter 4. **Mutually Consensual Associations**.

A Private association requires action from both users to create an interoperable association. A mutually consensual association requires that both prospective associates enter the user name and phone number of the other participant before the LifeRing server will begin to exchange position and status information.



In this example, two LifeRing Network participants have joined an association and are exchanging position and status data through the Server. No data is exchanged directly from end user to end user, (peer to peer). Data is passed to and from the LifeRing network Server.

## 4.0 LifeRing PDA / PHONE SOFTSWITCHES



Fixed SoftSwitches

Tap the MENU SoftSwitch to display the Function SoftSwitches.



Function SoftSwitches

Tap a Function SoftSwitch and the corresponding tier of Action SoftSwitches, (if applicable) will be displayed.

Select an Action SoftSwitch.

To return back to the Function switch matrix tap the Function Value SoftSwitch at the lower right hand of the Action SoftSwitch matrix.

To display the Inset areas tap the MENU SoftSwitch.

Action SoftSwitches







| Selecting the MENU SoftSwitch causes the Function SoftSwitches to display. | Selecting the MENU SoftSwitch causes the Function SoftSwitches to display. | Selecting the MENU SoftSwitch again causes the Inset Areas to display. |

37



THE MENU SOFTSWITCH IS THE KEY TO DISPLAY THE FUNCTION SWITCH MATRIX, INSET AREAS AND THE FULL MAIN MAP.

SELECT THE MENU SOFTSWITCH AGAIN AND COLLAPSE THE INSET AREAS TO EXPOSE THE FULL MAIN MAP.

## 4.1.1 LifeRing Function SoftSwitches.

Tap the Menu Switch once to display the
Function Switch matrix.



### 9 LifeRing FUNCTION SOFTSWITCHES

**SYMB (SYMBOL)**

**MSG (Messages)**

**M-SYM (MODIFY SYMBOL)**

**MAPS**

**SET UP**

**COMM (Voice Communications)**

**PLIST**

**EMERGN**

**HELP**

The selection of a Function SoftSwitch causes a
corresponding tier of Action SoftSwitches to
appear and the Function Value selected appears
at the lower right hand of the Action SoftSwitch
matrix. Any LifeRIng action can be performed in
four or less taps from the full Main Map area.



**The Function SoftSwitches**

### 4.1.2 MSG.

Selecting the MSG Function Softswitch causes the MSG Action SoftSwitch matrix to display. Observe that an associate symbol hooked from the Function SoftSwitches displays a blue circle around it (meaning it is hooked) but an associate symbol hooked from the MSG Action SoftSwitch matrix displays a green box around it (meaning it is the addressee of data). Hooking can be both a method of tracking a symbol or addressing data to an associated user.




A Symbol Hooked from the Function SoftSwitch matrix displays a blue circle around it but a symbol hooked from the MSG SoftSwitch Matrix has a green box around it. This illustrates the LifeRing paradigm shift from tracking to addressing data. A hooked symbol in the MSG SoftSwitch matrix is designated to receive data.



A hooked symbol from the MSG Action SoftSwitch Matrix.

**MSG FUNCTION SOFTSWITCH**

The MSG Action SoftSwitch Matrix includes:

**CHAT** Participate in or initiate a Text Chat.

**PATH**   Configure the paths LifeRing software finds data files for sending and editing.

**WBORD**   (White Board). Draw on your Main Map Area for other associates to view.

**WBCLR** White Board Clear). Clear and or save a White Board drawing.

**RWB**,  (Recall Saved White Boards). Recall and display a saved White Board.

**RMSG**  (Read Message). Read a received message.

**FTMSG**   (Free Text Message). Send a Free Text message.

**PMSG**   (Photo Message). Send a Photograph message.

40

## 4.1.2.1 RMSG (Read Message).



A MESSAGE HAS BEEN RECEIVED FROM THIS USER

THE MESSAGE FUNCTION SWITCH MATRIX



The Available Message List

Highlight the Message to Display it in the Multi Function Inset Area

1. **RMSG** (READ MESSAGE) MSG SOFTSWITCH. The LifeRing Operator receiving a message is alerted in two ways:

a.) An audio alert, "Message Received",

(audio can be silenced).

b.) A black square appears around the sending LifeRing user's symbol on the main map indicating a message has been received from this sender.

1. Selecting the RMSG SoftSwitch causes all received messages to be displayed in the Map Inset Area.

2. Tapping a listed message with the stylus opens it in the multi-function readout area.

3. Messages are displayed as:
   **RTCP     Who        When**

   a.   **R**=Read or Unread
   b.   **T**=Type :
         T=text.
         P=photo.
         A=audio.
   c.   **Who** sent it.
   d.   **When** the message was transmitted.

4. To remove the message select **DELETE**.

5. To reply to a message select the REPLY button.



THE PHOTO IS DISPLAYED IN THE MULTI-FUNCTION INSET AREA. TO ENLARGE A PHOTOGRAPH TAP IT WITH YOUR STYLUS.

SELECT THE MESSAGE TO BE VIEWED.

To enlarge a photograph that is displayed in the Multi-functional Inset Area, tap it with your stylus. The photograph will enlarge to encompass the full display. To collapse the photograph, tap it again



TO COLLAPSE THE FULL SCREEN PHOTOGRAPH, TAP IT.

42

## 4.1.2.2 AMSG (Audio Message).

The Audio Message enables the LifeRing user to transmit an audio file. LifeRing uses the contents of the devices My Music folder as the source of audio files.



**AUDIO MESSAGE ACTION SOFTSWITCH**

1. Minimize LifeRing and access your handset's record function. (Not all Pocket PCs have recorders).

2. Activate the record function and save the recording to the My Documents/My Music folder.

3. Return to LifeRing.

4. Hook the symbol of the LifeRing participant to whom you intend to send the recording file.

5. Select the AMSG SoftSwitch from the LifeRing MSG Matrix.

6. Should more than one LifeRing associate be the desired recipient, you can hook each associate's symbol in sequence on the map.

7. If no LifeRing users are specified, the audio file will be transmitted to all associated LifeRing group participants.

8. The Audio display provides a listing of the available audio files from which to select. These audio files are accessed from your handset's My Documents/My Music folder. Highlight the audio file you wish to transmit.

9. The Audio Screen also displays the intended recipient of the file.

10. Press either SEND to transmit the file or CANCEL to return to the LifeRing SoftSwitches.



Record files are listed from the contents of the My Music folder.

Highlight the audio file to transmit.

**43**

### 4.1.2.3 FTMSG (Free Text Message).

To send a Free Text Message to an associate:



**FREE TEXT ACTION SOFTSWITCH**

1. The FTXT SoftSwitch provides the LifeRing Operator a means to send a free text message to other LifeRing associated participants.

2. The LifeRing operator Hooks the LifeRing user to address a message and selects the FTMSG Action SoftSwitch from the MSG Function SoftSwitch matrix. Observe that a symbol that is hooked from the Message (MSG) SoftSwitch Matrix displays a green box around the symbol of the intended recipient instead of the customary blue circle.

3. To send the same message to more than one LifeRing net participant, LifeRing user may hook more than one symbol. The LifeRing operator can send messages to multiple participants by sequentially hooking their symbols on the Main Map.

4. If the LifeRing user does not hook any LifeRing symbols, LifeRing transmits the data to all other participating LifeRing group associates.



Choose a Message Priority.

Type a Message and verify it is Addressed to the Intended LifeRing Associate.

Select "SEND" Or "CANCEL".

## 4.1.2.4 PMSG (Photo Message) SoftSwitch.

LISTINGS OF THE PHOTOGRAPHS CONTAINED IN THE "MY PICTURES" FOLDER

A THUMBNAIL OF THE HIGH LIGHTED PHOTOGRAPH TO BE TRANSMITTED



**PHOTO FUNCTION SOFTSWITCH**

1. Minimize LifeRing and access your handset's Camera function. (Not all Pocket PCs have cameras).

2. Take a photograph and save it

3. Return to LifeRing.

4. Hook the symbol of the LifeRing participant you intend to send the Photo.

5. Select the PHOTO SoftSwitch from the LifeRing MSG Matrix.

6. Should more than one LifeRing associate be the desired target, you can hook each participant's symbol in sequence on the map.

7. If no LifeRing users are specified, the photo will be addressed to all associated LifeRing group participants.

8. The Photo Screen provides a catalog of the available photographs in your device from which to select. These photos are accessible from any location on the device. Highlight the photo and a thumbnail example of the photo will appear.

9. The Screen also displays the intended recipient of the photo.

10. Press either SEND or CANCEL to return to the LifeRing Main Map.

45



A Browse Function Enables the LifeRing User to Locate a Photograph from the Directory Tree

The Address Window Informs the LifeRing User of the Present Location

To browse for a Photograph file, click on the asterisk to navigate through directories. Clicking on the asterisk transports the user up one directory.



LifeRing Displays Photos In the \My Documents\My Pictures folder

LifeRing Displays the Folders Contained in the Root Directory

LifeRing Displays the Folders Contained on the Storage Card

46



To Transmit the Image Select OK. To Clear the Annotation Select CLR. To Save the Annotated Image Select SAV and to Cancel the entire Function select CAN.

47

## 4.1.2.5 CHAT.

The CHAT function enables LifeRing users to exchange real time chat messages



1. Select the CHAT action SoftSwitch to initiate or join a chat.
2. To invite other associates to CHAT select the ALERT button.
3. An audio alert is sent to all associated LifeRing participants.
4. Type the message that you wish to communicate and select the SEND button.
5. LifeRing User generated outgoing messages are displayed in red and incoming messages are displayed in blue.
6. To exit the CHAT function, select the QUIT button



USER GENERATED LOCAL OUTGOING MESSAGES ARE DISPLAYED IN RED AND INCOMING MESSAGES ARE DISPLAYED IN BLUE

48

## 4.1.2.6 WBORD (White Board).

White Boarding is a means to direct and communicate with other participating LifeRing associates by drawing on your Main Map area and having that illustration display on the Main Maps of all other participating associates. White Boarding is like using a "Telestrator" with your main map as a geo referenced background.



The MESSAGE Switches Including White Board

1. To create a White Board, select the WBORD action SoftSwitch from the MSG Function SoftSwitch matrix.

2. When activated, the LifeRing user's stylus or mouse becomes a writing device. For best White Board results, draw on your Main Map slowly.

3. All participating LifeRing associates will be able to view the illustration in a matter of seconds.

4. Select from the color pallet to determine the color of the White Board drawing to be generated.

5. Multiple associated LifeRing users can White Board simultaneously.

6. To clear a White Board drawing from the local screen select the CLR button from the bottom of the color pallet. You can also clear a White Board using the WBCLR (see 4.1.1.7 WBCLR).



THE CLR (CLEAR) BUTTON REMOVES THE WHITE BOARD FROM ALL ASSOCIATED LIFERING SCREENS

49



The "Thin" Client LifeRing has an EXIT Button at the Bottom of the Color Pallet

The "Thin" Client LifeRing Display Collapses the Fixed SoftSwitches During White Board Activity. For this Reason, an EXIT Button is Displayed at the Bottom of the Color Pallet to Enable the User to Exit the White Board Function.

The "thin" Client Version of LifeRing has an EXIT button at the Bottom of the Color Pallet to enable the LifeRing user to exit the White Board Function.

### 4.1.2.7 WBCLR (White Board Clear).

To clear a White Board from your Main Map display, select the WBCLR SoftSwitch from your MSG Function SoftSwitch matrix.





The LifeRing operator is provided the option to save the white board screen.

The LifeRing operator can name the white board to a file. The white board screen is saved as a .dwg image in the local My Pictures folder. The white board can be displayed at a later time or transmitted to other associated LifeRing participants using the PHOTO transmit function.

## 4.1.2.8 RWB (Recall White Board)

To recall a previously saved white board, select the RWB (Recall White Board) SoftSwitch.





A list of the saved white boards is displayed. Selecting a saved white board causes it to be displayed again on the live Main Map area.

51

### 4.1.2.9 PATH.

The PATH SoftSwitch is a configuration screen that provides the LifeRing user the ability to create paths for LifeRing to access Photographs, Video, Video Player, Audio, Audio Player and the Camera. The configuration of these paths is important because it determines where LifeRing will go to access these files for file transfers. For example, the voice recorder on a particular PDA may save a voice file to the root directory of the device by default. In this instance, the user can configure LifeRing to search for voice recordings in this location by entering the correct path. Files can be transferred to other LifeRing associated participants directly or attached to symbols for amplification.

Note: the PATH SoftSwitch is a PDA function only. To configure PC LifeRing paths, use the Display (DISP)SoftSwitch.



The Path Screen enables the user to configure LifeRing file transfers.

### 4.1.3   Symbol.



LifeRing operators can place symbols on their Main Map Area to call attention to people, situations and incidents. By placing a symbol on your Main Map you cause the same symbol to appear on the Main Maps of all of the associated LifeRing participants. Situations such as motor vehicle accidents, hostile forces and points of interest can be illustrated on the Main Maps of all participating associates in real time. To place a symbol on the Main Map, touch the Main Map at the location of the incident and select the appropriate symbol SoftSwitch. All associated LifeRing users will see that symbol superimposed at that exact location on their Main Maps.



To create a symbol, touch a place on the Main Map Area with your stylus or cursor. A blue cross hairs will appear at that point.



The TYPE SoftSwitch displays the matrix of available symbols. (These symbols can be MIL STD 25-25, DHS Emergency Symbols or symbols that are customized to a specific application).

53

Select the SoftSwitch corresponding to the symbol to be displayed.  The appropriate symbol will appear on the local Main Map and the Main Maps of all LifeRing associates that are exchanging data. Everyone will see the same situational picture.



Placing a symbol on the Main Map causes that symbol to appear on the Main Maps of all associated LifeRing participants.

### 4.1.3.1 MODIFY SYMBOL  (MSYM).

The Modify Symbol Function SoftSwitch Matrix displays a tier of Action SoftSwitches pertaining to the amplification, (illustration), and location of the Track symbols on the LifeRing Main Map Area.

### 4.1.3.2 ATEXT (Attach Text), APHOT (Attach Photograph), AVOC (Attach Voice) SoftSwitches.

The Attach Text, Attach Photograph and the Attach Voice SoftSwitches enable the LifeRing user to provide additional information about a track, (or the local user symbol).

To amplify a track, hook the symbol and select the preferred Action SoftSwitch from the Modify Symbol Action SoftSwitch matrix.  Select the ATEXT SoftSwitch to assign text to amplify the symbol, APHOT to embed a photograph or AVOC to attach a recorded voice file.

With regard to the ATEXT Action, the PDAss built-in QWERTY keyboard or the virtual keyboard enables the LifeRing user to enter the desired data into text.

**54**



Type the Amplification Text and Select OK

A Hooked Track Containing Amplifying Text Will Display the Text in the Map Inset Area.

To amplify a symbol with Text, hook it and select the ATEXT SoftSwitch. Type the Amplifying Text and select OK. Any associated LifeRing participant can obtain the amplifying text by hooking the symbol. The text is displayed in the Map Inset area.



THE ORIGINATOR OF A TRACK CAN ATTACH A PHOTOGRAPH TO THAT TRACK BY HOOKING IT AND SELECTING THE APHOT SOFTSWITCH

ANY LIFERING ASSOCIATE CAN RECEIVE AN AMPLIFYING PHOTOGRAPH BY HOOKING THE TRACK A SELECTING THE GET PIC BUTTON

To assign a photograph to a symbol, the tracks originator hooks the symbol on the LifeRing Main Map and selects the APHOT SoftSwitch from the Track Action Matrix. A list of the device's photographs as well as thumbnails of these photographs derived from the contents of the "My Pictures" folder is displayed. Highlight the photograph to attach to the track and tap "Select". All LifeRing participants will be notified that a Photograph is attached to this track when they hook it.

To obtain a Photographic Amplification of a track symbol, hook the track and tap the "Get Pic" button. When the photo is received, the Photograph will automatically be displayed in the Inset Area. To enlarge the photograph for easier viewing, simply tap it. The photograph will enlarge to encompass the entire screen. To collapse the full screen photograph, tap it again.

To assign an audio file to a symbol, the tracks originator hooks the symbol on the LifeRing Main Map and selects the AVOC SoftSwitch from the Track Action Matrix. A list of the device's audio files derived from the contents of the "My Music" folder is displayed. Highlight the label of the audio file to attach to the track and tap "Select". All LifeRing participants will be notified that an audio file is attached to this track when they hook it.

To obtain an Audio Amplification of a track symbol, hook the track and tap the "GET AUD" button. When the audio file is received, the pocket pc  will automatically play it.



THE GET PIC AND GET GET AUDIO BUTTONS ARE DISPLAYED IN THE MAP INSET AREA

Photo and audio files are not transmitted from a pocket pc until they are requested by another associated user. When a LifeRing user selects the GET PIC and the GET AUD buttons a digital request for the applicable file is transmitted to the associate that created the track. Only at this time is the file transmitted.

### 4.1.3.3 RELOC (Relocate) .

The RELOC (relocate) SoftSwitch enables the LifeRing user who has originated an object track to update the track's position. A LifeRing associate can relocate his own local symbol if no GPS data is available.

To activate the RELOC function, hook the track and select the RELOC SoftSwitch. Find the location on the map to update this track's position and touch the map display at the new location.

The object symbol automatically adjusts its position to the new cursor location on the Main Map.



TO RELOCATE A SYMBOL THAT YOU HAVE CREATED, HOOK THE SYMBOL AND SELECT THE RELOC ACTION SOFTSWITCH™. TAP THE SCREEN AT THE DISIRED UPDATED LOCATION. THE SYMBOL WILL RELOCATE TO THAT POSITION.

YOU CAN RELOCATE YOUR OWN LOCAL SYMBOL IF YOU ARE NOT CONNECTED TO A GPS.

### 4.1.3.4 THE DROP SoftSwitch.

The DROP SoftSwitch enables the LifeRing User to drop a track. Note: the LifeRing user can only drop the tracks he has created. Tracks are unique to the originating LifeRing user and can only be manipulated by the originating associate

### 4.1.3.5. THE ADDR (Address) SoftSwitch.

The ADDR (address) function locates an address, using the Internet, and places a red push pin (arrow shape) at that location. The push pin is only visible on the local map its location is not transmitted. The LifeRing Main Map automatically centers on the address.
An address must be entered in this format:
**Street,city,state,zip (nospaces, commas in between)**

57



The LifeRing application automatically displays a red push pin at the closest location available based on the data provided. If no location is derived, no push pin is displayed. LifeRing centers on the address. LifeRing uses the Internet to locate this address. If no Internet is available, the LifeRing address lookup function will not work. Note: Other associated LifeRing participants do not see the red push pin. To generate a track at this location follow the procedure for creating a track,( Chapter 4.1.3). To remove the red ADDR push pin, deselect the ADDR switch.

### 4.1.3.6 BSNS (Business Lookup) .

The business lookup function uses the Internet Yellow Pages™ to locate business listings in the vicinity of the local user's symbol. To locate a particular listing select the BSNS SoftSwitch. Type in a typical listing heading and select OK.

LifeRIng surveys the Internet Yellow Pages and displays a red x at each applicable location in the near vicinity.  To highlight a particular listing from the Main Map area, tap the red X. The highlighted listing is displayed in the Map Inset area including the business name, address and phone number.  A CALL button is provided to enable the LifeRing user to voice call this business without dialing. To call business, tap the CALL button.

58

### 4.1.3.7 FIX.

A fix is a symbol displayed on the local map. Unlike a normal symbol or track, a fix is intended to mark a location on the LifeRing Main Map to be referenced by the user but not transmitted to anyone else. Examples include: a good restaurant, hidden treasure or other points of interest that the user wants to remember.

To create a Fix on the LifeRing Main Map the user clicks on the display at the location of the alert. The blue cross hairs will designate the spot. Tap the FIX SoftSwitch and observe that a default symbol is displayed on the Map. This symbol is only visible to the local user. It is not transmitted or displayed by any other LifeRing user.



The Fix SoftSwitch Places a Default Symbol on the Main Map at the Location of the Cross Hairs.

**The FIX is a Local Symbol Intended to Mark a Point of Interest. It Is Not Transmitted to Others.**

### 4.1.3.8 Fixed.

The Fixed SoftSwitch enables the local LifeRing user to edit the symbol and label of a Fix symbol. To edit a Fix symbol, hook it and select the Fixed SoftSwitch. A dialog Menu will appear to provide the LifeRing user with a means to change the Fix name and the symbol which represents it. Up to six letters are permitted to name a Fix. A drop down menu offers a choice of symbols that can be assigned to the Fix.