# EXHIBIT 7

## TO
## COMPLAINT FOR FALSE MARKING, TORTIOUS INTERFERENCE WITH CONTRACT, INTENTIONAL INTERFERENCE WITH ECONOMIC ADVANTAGE, AND UNFAIR COMPETITION



# Android LifeRing
# Pocket Guide

**AGIS, INC., is disclosing the items contained in this presentation with the understanding that the recipient is aware that this information is covered by *U.S. Patents #* 7,031,728, 7,630,724, 7,689,232, 7,672,681, 7,764,954, 7,805,146, 7,853,273, 8,126,441, 8,131,298, 8,213,970, 8,364,129 8,538,393 *and other patents that are pending.***

©                                    1

## Android LifeRing System



*The Users Own Symbol is a Green Triangle*

# Navigating the Map







# Server Connectivity



An Yellow Circle in the Task Bar Means "Attempting" to Establish Connectivity

The Green Circle in the Task Bar Indicates Data Exchange Between the Client and the Server.



The Menu Button is an alternative to the "tap and hold" method used by LifeRing.

# Shortcut Buttons



•ZOOM IN (+)

•CENTER

•ZOOM OUT (-)

• PTT

The CENTER shortcut causes the Main Map to re-center on whatever symbol is hooked.  If no symbol is hooked, it re-centers on yourself.

# Push To Talk



*PTT with ONE unit or Unselect the track for group PTT*

# The Detail Button



Make sure no symbol is hooked
Then tap and hold to bring up the menu

CREATE
CAMERA
CHAT
TALK
MESSAGE
WHITEBOARD
SETUP
STREAM
MAPS
PLACES
MARKER
DETAIL

Press Detail
(May have to scroll to see it)

# The Cross Hair & Hooking



Tap the Main Map to cause the Cross Hair to display

Observe that Range and Bearing is displayed from the user's symbol to the Cross Hair (when the Details Menu is on screen)

Tap a symbol and observe that a blue circle forms around it "Hooking" (selecting) the symbol

Information about the hooked symbol is displayed in the Detail Readout Area.

# Users List (PLIST)



The Users List Displays:

• The User Name
• Comms Method
• Last Reported Movement
• GPS Status

Any Hooked Symbol Will Be Highlighted in Yellow



# White Board Drawings

To create a White Board drawing that everyone can view, make sure no symbol is hooked then tap and hold on the Main Map.
Select WBOARD then select DRAW

The color palette allows you to choose the color, shape, and type of drawing (freeform, line, circle, square, and written text).



11

# Create a Symbol



After tapping the Main Map to place the crosshair in the correct location, tap and hold on the Main Map and press CREATE

Tap HST for Hostile

EX: Check GRND (Ground). *You can be as general or specific as you like.*

*Once you have checked the desired symbol, press OK and it will appear on the Main Map in the location you placed the crosshair.*

# Amplify a Symbol with Text or Photo



To Add information to a Symbol:
Hook the Desired Symbol then tap and
hold on the Main Map.  Select TEXT or
PHOTO. Then type, select, or even speak
your message (using the microphone
button) on the keyboard and select OK.

# Receiving a Message



# LiveCast



# LiveCast



# EXHIBIT 8

## TO
## COMPLAINT FOR FALSE MARKING, TORTIOUS INTERFERENCE WITH CONTRACT, INTENTIONAL INTERFERENCE WITH ECONOMIC ADVANTAGE, AND UNFAIR COMPETITION




# PC Pocket Guide

AGIS, INC., is disclosing the items contained in this presentation with the
understanding that the recipient is aware that this information is covered by
*U.S. Patents #* 7,031,728, 7,630,724, 7,689,232, 7,672,681, 7,764,954, 7,805,146,
7,853,273, 8,126,441, 8,131,298, 8,213,970, 8,538,393 *and other patents that are
pending.*

# The PC LifeRing Screen



*Note that the devices own GPS symbol will always appear as a green diamond*

# Connecting to the LifeRing Network

When  PC LifeRing starts it must first work to connect to the server. The connection process is shown by an "A", a "J", then an "S". The "S" must be showing to communicate on the network.







# Abbreviations in the LifeRing Taskbar



There are Ten Abbreviation Alerts that Display in the Readout Area:

A= Attempting to Establish Connectivity.
J= Join Message Sent.
S= Data Connection Exists with the Server.
G= GPS Position is Good.
R= Receiving Data.
X= Transmitting Data.
E= Emergency Declared.
B= Battery Status Less than %75.
b= Battery Status Less than %25.

# Green Diamond

Each user is represented on his own screen as a green diamond.  You will not appear as a green diamond on other users' screens.   The green diamond is for users to quickly and easily recognize themselves.



The Symbol Readout Area displays:
User Name, RNG (Range) and BRG (Bearing), Lat
(Latitude), Lon (Longitude), and the Map Scale.

When another LifeRing participant's symbol is selected,
the Multi-function Inset Area displays: that user's
Name, Lat (Latitude), Lon (Longitude), GPS status, Cell
(Cell Strength), Bat (Battery Strength), the last time it
reported movement, and the track's H (Heading), S
(Speed ), and A (Altitude).

The Mini Map shows the symbols of all Associates on
the network.  When you will relocate your map view to
wherever you click in the mini map area. This will also
be the area where attached text and photos are
viewed.



# "Hooking" Symbols and Placing a Crosshair

To select a symbol (called "Hooking") in the LifeRing, simply click on the desired symbol on the Main Map with your mouse. A blue circle displays around the symbol indicating that it has been Hooked.

When the user clicks their mouse on any area of the map, rather than on a symbol, the selection will cause a blue crosshair to appear. The crosshair allows the user to learn the latitude and longitude, the range and bearing, and allows for specific placement of symbols.





# The "Fixed" Row of Softswitches



The "Fixed" SoftSwitches are the blue Action SoftSwitches located at the bottom of the SoftSwitch Menu. These will always be present no matter what screen or menu you enter.

The Fixed SoftSwitches Include:

Zoom In- Zoom in by a power of 2.
Zoom Out - Zoom out by a power of 2.
CENTER- Used to center the main map on yourself or the symbol you have Hooked. (When no other symbol is hooked, the main map will automatically center on the user's own symbol).
USERS- Shows a list of all Associates on your network.
MENU- A Return button that allows the user to go back to the main menu from any sub-menu.

# USERS List

The USERS list shows all Associates on the Network.  It is a quick easy way to find people on the map that are not nearby.  After selecting an Associate from the LIST, the Main Map is centered upon that user.



# Maps

To display a map, click the Maps SoftSwitch.  Then click the desired type of map to toggle on.  When on, the SoftSwitch should be green.

CVMAP – Commercial Vector Maps
CVMAP – Military Vector Maps
BRGHT – Changes the brightness of the map
MPDNL – Download a map for the current screen   size and location
CMCRL – Commercial Maps
MIL – Military Maps
SAT – Satellite Imagery Maps
COAST – Coastal Outlines
RIVER - Major River Outlines
OUTLN – State Outlines



# Creating Symbols



The user can add in symbols on the map of all network users. Symbols can be added in for: people that are not on your network, enemies to keep all aware of positioning, items of interest, etc.

First place the blue crosshair by clicking on the map in the correct location. Then select the "Symbol" menu and the "Create" Softswitch. A menu will appear allowing you to select the desired type of symbol. Once the symbol type has been selected all users will see it appear where the crosshair was located.

## Editing Symbols

Once created the symbol can be "Moved" if the
object changes physical locations.  It can have
"Text" and a "Photo" added to provide more
information .  (Both text and photos can be viewed
in the mini map area when the symbol is selected),
and finally the symbol can be "Deleted" from the
map if no longer needed.

First  Hook the symbol then press MENU followed
by pressing SYMBOL.  By pressing move, the user
can then click on the map where the symbol
should be relocated to.  By pressing TEXT or
PHOTO, the user can add a message or photo that
will be added to the symbol's DETAILS.

Note: the user can con edit his own symbols on the
map.



# The WhiteBoarding Feature



To use the White boarding feature click the "WBOARD" SoftSwitch and then click the "Draw" button, a color palette will appear on screen.  Click the desired color and then click, hold, and drag your mouse around on the map to draw.  The drawing transmits to the maps of all users as an instant visual message.

White boards can be cleared by the creator when they are no longer needed, or they can also be saved and then cleared for later use.

Press the CLR button on the color palette to clear what you have drawn on everyone's screen.

## Multi-Hook

LifeRing provides the ability to direct data or messages to one or more specific LifeRing. When opening the "Message" or "Talk" or "ORDER" SoftSwitch menus, you will start Multi-Hook Mode. Multi-Hook mode is designated by green squares rather than blue circles



Unlike the blue circle, many users can be hooked at the same time with the green square. Any symbol hooked with the green square will receive what your are sending (Message, PTT, or OREDER)

# Push to Talk Radio

For Push to Talk select on the "TALK" SoftSwitch to display the Talk menu. Then Hook the desired user(s) symbols to direct the transmission to. (If no specific symbol is selected then the message will go out to all on the network).

Then click and hold the PTT SoftSwitch to speak the digital voice message. *The user must wait for the traditional PTT "Chirp" sound before speaking, then continue holding down the PTT SoftSwitch while speaking into the PC microphone.* Release the click on the PTT SoftSwitch to finish the message.



# Sending Messages



In the "Message" menu there are two options the "Text" message and the "Photo" message. First select the user or users that you wish the message to go to. (Note that selecting no one will cause the message to go out to all on the network) Then select "Text" and a blank text box will open where the user can type text. Once the message is typed select send and the message will go to the desired recipient.

Photo message works in the same way of selecting a user and then opening a message window, but instead of typing text you will choose an existing photo from the photo list that will open. Then once you have selected the desired image (and added annotated text on the photo if you wish) select send and the photo will transmit out to the selected recipient(s).

# Reading Messages

When a Message is received, a notification will appear in the bottom right corner of the screen.

To View a Message, select READ in the MSG SoftSwitch Matrix. Click on the Message to view.



# The Emergency Feature

In an Emergency click the "EMERGN" SoftSwitch to alert all to your emergency.

Clicking this will cause a red triangle to surround the symbol on the Main Map for all LifeRing Users to see.

Also, an audio announcement proclaims "Emergency Received".

Lastly, the emergency will display on all Users Lists in red.

To cancel an emergency, click the Emergency SoftSwitch again.



# CHAT

When the "CHAT" SoftSwitch is selected, a window will appear allowing the user to enter text, and after typing the message the user will then select "Send"

The chat message will immediately go out to all Associates on the network and they will hear a chime alert as well as seeing the word "Chat" at the bottom right corner of their map. They can then open their chat and respond.

The ALERT button sends out the chirp, alerting users to check the CHAT

The QUIT button closes the CHAT window. CHAT will still be received.



# ORDERs

ORDERs allow Commanders to issue
Alerts that Associates have to
acknowledge.

To issue an order select the "Order"
SoftSwitch and Hook the desired
recipients. (Note that not selecting
anyone will cause the message to go out
to all on the network) Then select
"New".
The user can then type the command
and press OK.  When the devices get the
ORDER, they will not be able to continue
normal LifeRing functionality until they
respond either HAVCO (Have Complied),
CANTCO (Can't Comply), or WILCO (Will
Comply).



# The ORDER Function

The commander who issued the ORDER is then able to use the PC "LIST" SoftSwitch to view whether the Order was received and the response of each person who received the ORDER.



*The "Order" function is only on PC LifeRing devices.*

# Geo-Fencing

Geo-Fences create Geo_refereneced areas that LifeRing users should not enter or leave.

To create a Geo-Fence:
1. Press the MENU SoftSwitch
2. Select either "Enter" for a boundary that should not be entered, or "Exit" for a boundary that should not be exited.
3. Click and drag your mouse onscreen to draw a rectangle around the desired area.

The "Delete" button will open a window with Geo-Fences to remove from the map.



*Geo-Fencing is another function that is specific to the PC version of LifeRing.*

# Violated Geo-Fences



When a symbol or track violates a Geo-fence it causes an audible alert "fence crossing" and the symbol that has violated the fence to begin to flash and will remain flashing until the alert is removed by the creator of the Geo-fence.

To remove the Fence Cross Alert and stop the symbol from flashing:
1.  Hook the symbol that crossed the fence
2.  Press the MENU SoftSwitch
3.  Press the SYMBOL SoftSwitch
4.  Press the FENCEX SoftSwitch

## Changing LifeRing Servers



# AGIS LifeRing Support

For more support, visit our web site
at **www.agisinc.com**

Or contact agis support at
**support@agisinc.com**

LifeRing software is a registered
trademark® of AGIS, Incorporated.

©Copyright 2013 AGIS, Inc., all rights
reserved.

# EXHIBIT 9

## TO
## COMPLAINT FOR FALSE MARKING, TORTIOUS INTERFERENCE WITH CONTRACT, INTENTIONAL INTERFERENCE WITH ECONOMIC ADVANTAGE, AND UNFAIR COMPETITION



# C.O.P. NEWS

### Common Operational Picture

Volume 1, Issue 4 - January  2014

## From The Desk of the CEO

### Versatile: Adjective

Having the ability to adapt or be adapted to many different functions or activities. Synonyms include: flexible, resourceful and handy.  I believe Merriam Webster says it best:  *embracing a variety of fields.*  Versatile is the perfect adjective to describe LifeRing. Let's examine the evidence.

There are two versions of LifeRing: one is specifically designed for Military use while the other is tailored for Commercial use.  Each version contains a standard set of unique capabilities that include:

### Handy - Communication with a Simple Touch

Push to Talk (PTT), Chat and send text messages and photographs to others on the LifeRing Network with a simple touch of their map symbol.  There is no need to know phone numbers, Email or IP Addresses.

### Resourceful - Emergency Alert

The ability to declare an emergency that notifies others on the LifeRing Network with a verbal message and a visual flashing triangle at the Emergency Location.

In fact, there are over 90 functions that are standard. But since there isn't anything standard about the work that you do we have designed LifeRing to assist First Responders on the streets of your home-town and to make our Warfighters more efficient and safer on the battlefield.

### On the Streets

When First Responders answer the call their mission is enhanced as LifeRing becomes the "lynch pin" that enables use of cellular, P25 radios, handheld satellite phones and WiFi Networks in any combination to coordinate their activities.

*Continued on next page*

## Partnership with Randy Siegel of Center Circle Consultants



AGIS is proud to announce that we have entered into a strategic partnership with Randy Siegel of Center Circle Consultants www.centercircleconsultants.com

Randy is an industry veteran and has previously held management roles at Microsoft, Motorola Solutions, MCI, General Electric and Fixmo (a Kleiner Perkins, Samsung, Motorola, Paladin Capital backed start-up) spanning over a twenty year period.

Siegel specializes in small form factor computing and has been the driving force behind many of the largest mobile deployments in U.S. government history including  ~ 300K devices at the US Postal Service, ~ 160K devices at the U.S. Census Department and most recently in 2013, the Department of Defense Information Systems Agency (DISA) MDM/MAS award for an initial 100K unit deployment.

Randy is the current Chairman of the Tactical and Wearable subcommittee for AFCEA National Defense Mobile Steering Committee (AFCEA DC) and is widely known around the Washington, DC Beltway and across U.S. Federal IT.

Randy assists with strategy formation and partner channel development as well as being responsible for revenue generation and the growth of the company as a whole.

"In my roles at Microsoft, Motorola Solutions and Fixmo, I have had the honor of working tightly with AGIS on the deployment of their LifeRing product to my U.S. Government customers and others in the Federal Mobile Ecosystem.  I hold CEO, Cap Beyer in the very highest of regards – he's a patriot and a thought leader in the tactical mobile market.

I'm proud to be working directly for AGIS to help spread the word about their best in class Common Operational Picture (COP) software that can help increase mission effectiveness for Warfighters, law enforcement, first responders and many other tactical users."

Randy can be reached directly at rsiegel@agisinc.com

# LifeRing puts a Tactical Operations Center in your Hand!

## From The Desk of the CEO - Continued

### On the Battlefield

Military LifeRing has all the capabilities of our Commercial First Responder version but includes Military Data Link Interfaces such as: JVMF (Joint Variable Message Format) Processing, Cursor On Target (CoT), RAINFORM GOLD (OTHT), and Search & Rescue Incident Report (SARIR). These interfaces enable LifeRing to operate with US Military C3 Systems to include: Global Command and Control Systems (GCCS), Joint Capabilities Release (JCR), Force XXI Battle Command Brigade and Below System (FBC2B) and Advanced Field Artillery Tactical Data System (AFATDS). The Military version of LifeRing is available to qualified US Government customers and to approved nations under US International Traffic in Arms Regulations (ITAR).

### The Right Tool for the Right Job

LifeRing is file driven and customizable. The application can be tailored  to fit your specific mission needs; a MGRS Map Display with MIL-STD 2525 Symbology for a military operation or a Satellite Image  with First Responder Symbology for law enforcement, fire fighters and other public safety workers. Additional detail regarding what version of LifeRing is right for you and how you can customize the features can be found in this month's SPOTLIGHT article.

As the AGIS, Inc. Mission Statement proclaims, *"Our mission is to be the acknowledged global leader and preferred partner in helping our clients achieve optimal situational awareness. To that end we aggressively pursue the development of software applications that have the functionality to handle operations ranging from military to emergency response to disaster relief."*

*Keeping you on Target,*

*Cap*

## The SPOTLIGHT is on: Versatility – LifeRing is Customizable

The Merriam Webster definition of Versatility includes the phrase embracing a variety of fields. It is with this perspective that we continue to develop LifeRing as it embraces the missions of both First Responders and the Military.



### Symbology

People, places and events are identified by symbols on LifeRing's map-based display.  MIL-STD 2525 Symbology is available for all branches of the military while First Responder Symbology is available for law enforcement, fire departments and public safety personnel.  These standard symbols provide network participants with a sense of where they are – otherwise known as Situational Awareness.  With just a glance, it is possible to see the position of other unit members, hostile forces, and hazardous events such as a fire.  In fact, First Responder and Military LifeRing systems can exchange data with one another and that includes the symbology.  That means when these organizations come together LifeRing translates the symbols of one version to the other thus ensuring that the Common Operational Picture is accurately communicated to all on the Network.  But did you know that LifeRing can be enabled to help you create your own symbology?  This customization was created in response to the ever expanding roles of First Responders and is available for all versions.

### Maps, Maps and more Maps

Satellite imagery, commercial, military and vector maps - just to name a few.  In fact LifeRing has a vast assortment of over 90 map types that display with clarity.  Whether you cache maps prior to the start of any  mission so that you  hit the ground running or whether you download maps directly from the LifeRing Server or from the internet on the fly, LifeRing has the ability to clearly display the map images you need to facilitate the efficient and safe completion of your mission.

*Continued on next page*



**Corporate Headquarters • 92 Lighthouse Drive • Jupiter, FL 33469**
**Phone: 561-744-3213 • www.agisinc.com**
*Questions? Email us at: newsletter@agisinc.com*

## The SPOTLIGHT is on - Versatility – LifeRing is Customizable  - Continued

### Push to Talk (PTT)
PTT has long been available for group conversations.  Now, LifeRing provides PTT for groups and one-to-one conversations. Another customization created in response to customer requests.

### Collaboration
In certain circumstances voice communication just isn't practical but you can continue to collaborate through Chat and Messaging. Chat is One-to-All.  Simply type in your message and press send.  Everyone in your group will receive both an audio alert and a notification in the lower right hand portion of their display that a CHAT is waiting for them.  This provides a quick notice for collaboration that includes all in your group.

On your Smartphone send Text and Photo Messages either One-to-One or One-to-All. Amplifying a Text Message with a photo has never been easier because with LifeRing you don't leave the program when using your camera.  Simply select Camera from the drop down menu, point, click and send. In real time everyone in your group can now "see what you are saying." Your PC can also send Text and Photo Messages to the group utilizing One-to-One or One-to-All with the added benefit of One-to-Many.

### Coordination
A picture is worth a thousand words.  That is why our intrepid staff of software developers have carefully crafted White Boards.  Just tap on the menu to access the palette that allows you to turn your map display into a canvas. You have the ability to draw freehand or use a variety of geometric symbols and arrows to provide additional information and guidance.  Mission planning is enhanced when White Boards are prepared ahead of time and saved.  Recall the White Boards in real time and display for everyone in your group.

### Video
AGIS, Inc. works with LiveCast to provide an integrated Tactical Operations Center in Your Hand that enables the operator to use the camera in the Smartphone to transmit video to other Smartphones and PCs over the LifeRing Network in real time. Participants are notified when there is a video ready to provide them with the detailed intelligence on an emerging situation.



### Markers
This latest capability allows network participants to enter points, assign an identity to them (person, place, event or object) and track the changes over time.  For example:  A Marker is placed at a map location that is suspected of illegal activities.  As different mission participants observe the location they each have the capability of adding photographs and text to the Marker. A simple touch of the Marker brings up the date and time stamped text and photographs; a story board history of the location.  No files to retrieve from storage; no waiting for an email – the information required when the mission is "live" is available where and when it is needed.

As we can see, the features of LifeRing allow for operation in a variety of circumstances.  However, it is the benefits of LifeRing that keep network participants informed in real time.  And when our LifeRing users are out in the field – Real Time Information is required for Real Time Decisions.

The staff of AGIS, Inc. continues to listen to your requests and embrace the possibilities.

### Dateline – Jupiter, Florida



The NATO Communications and Information Agency (NCI) is tasked with providing interoperable communications and information systems that connect forces, NATO and nations. These electronic communications are based on the NATO Friendly Force Information (NFFI) standard.  AGIS, Inc. is pleased to announce that in recent US Joint Chiefs of Staff test bed environments, LifeRing was successfully interoperable with NFFI.  LifeRing is scheduled to participate in additional NFFI testing between NATO allies during 2014.

### LifeRing puts a Tactical Operations Center in your Hand!