UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIFE360, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>ADVANCED GROUND INFORMATION SYSTEMS, INC.,<br><br>   Defendant. | Case No. 15-cv-00151-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 04/30/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Case Management Conference Statement | 08/20/2015 |
| Further Case Management Conference | 08/27/2015 |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | n/a |
| Trial | n/a |

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the Court takes the pending MOTION For Leave to Conduct Jurisdictional Discovery under submission without oral argument.

Dated: 04/30/2015

_____
BETH LABSON FREEMAN
United States District Judge