UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIFE360, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ADVANCED GROUND INFORMATION SYSTEMS, INC.,<br><br>    Defendant. | Case No. 15-cv-00151-BLF<br><br>**ORDER DENYING PLAINTIFF LIFE360, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS SUPPLEMENTAL BRIEF RE DEFENDANT ADVANCED GROUND INFORMATION SYSTEMS, INC.'S MOTION TO DISMISS**<br><br>[RE: ECF 40] |

Plaintiff has filed an administrative motion to seal certain portions of the materials it has submitted in opposition to the motion to dismiss brought by Defendant Advanced Ground Information Systems, Inc. Plaintiff brings the motion because the materials contain information that has been designated Highly Confidential – Attorneys Eyes Only, under the terms of a proposed stipulated protective order that the parties are in the process of negotiating. The parties have agreed that during the period of negotiation documents may be designated as Confidential or Confidential – Attorneys Eyes Only as if the stipulated protective order were in effect.

Under Civil Local Rule 79-5(e)(1), Defendant was required to file a declaration within four days of Plaintiff's filing of the administrative motion, establishing that the designated materials are sealable. Defendant did not file the required declaration (or any other response) within the time provided. Accordingly, the administrative motion to seal is DENIED.

1  Under Civil Local Rule 79-5(e)(2), Plaintiff may file the unredacted materials no earlier than four days, and no later than ten days, after the filing of this order. Under Civil Local Rule 79-5(f)(2), the materials in question will not be considered by the Court unless Plaintiff files unredacted versions within seven days after the filing of this order.

**IT IS SO ORDERED.**

Dated: June 23, 2015

_____
BETH LABSON FREEMAN
United States District Judge