JAIDEEP VENKATESAN, Bar No. 211386
jvenkatesan@be-law.com
SARA PETERSEN GRAVES, Bar No. 226766
spetersengraves@be-law.com
BERGESON, LLP
2033 Gateway Place, Suite 300
San Jose, CA 95110-3715
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Plaintiff
LIFE360, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIFE360, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>ADVANCED GROUND INFORMATION SYSTEMS, INC.,<br><br>             Defendant. | Case No. 5:15-cv-00151-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE**<br><br>Date:  November 19, 2015<br>Time:  13:00 a.m.<br>Judge: Hon. Beth Labson Freeman<br>Dept.: Courtroom 3, 5th Floor<br><br>Complaint Filed:   January 15, 2015<br>Trial Date:            None Set |

Plaintiff Life360, Inc. ("Life360") and defendant Advanced Ground Information Systems, Inc. ("AGIS"), (collectively the "Parties") stipulate and request that the Court re-set the next case management conference to November 19, 2015 because AGIS's counsel has a long-planned trip and will be out of the country on October 15, 2015, the date set by the Clerk's recent notice.

Date:  September 10, 2015            BERGESON, LLP

                                                           /s/
                                                  Jaideep Venkatesan

                                                  Attorneys for Plaintiff
                                                  LIFE360, INC.

1   In accordance with General Order No. 45, Rule X, the above signatory attests that
2   concurrence in the filing of this document has been obtained from the signatory below.

3   Date:  September 10, 2015          KIEVE LAW OFFICES

4
5                                      _____/s/_____
                                       Loren Kieve

6                                      Attorneys for defendant
                                       ADVANCED GROUND INFORMATION
7                                      SYSTEMS, INC.

8

9   IT IS SO ORDERED.

10
11  Dated: _____          _____
                                       Judge Beth Labson Freeman
12                                     UNITED STATES DISTRICT COURT JUDGE

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28